UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARREN A. BROWN,

                    Petitioner,                    No. 07-CV-12264-DT

vs.                                           Hon. Gerald E. Rosen

MARY BERGHUIS,

                    Respondent.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
<u>DISMISSING PLAINTIFF'S HABEAS CORPUS ACTION</u>

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on_____July 29, 2009_____

PRESENT:  Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

This matter having come before the Court on the July 10, 2009 Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court deny Plaintiff's petition for a writ of habeas corpus and that this case, accordingly, be dismissed; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's petition for habeas corpus relief should be denied; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report

and Recommendation of July 10, 2009 **[Dkt. # 11]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's

Report and Recommendation, Plaintiff's petition for habeas corpus relief **Dkt. # 1]** be, and

hereby is DENIED and the above-captioned case, therefore, is DISMISSED.


s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  July 29, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on
July 29, 2009, by electronic and/or ordinary mail.

s/Ruth Brissaud
Case Manager